--------------------------------------------------------------------------------

 

 NUMBER 13-14-00237-CR
 
 COURT OF APPEALS

 THIRTEENTH DISTRICT OF TEXAS

 CORPUS CHRISTI - EDINBURG

914400000

THE STATE OF TEXAS, Appellant,

 v.

ISAAC SASTAITA, Appellee.

914400000

 On Appeal from the 105th District Court 
 of Kleberg County, Texas.

914400000

 ORDER

 Before Justices Garza, Benavides, and Perkes
 Order Per Curiam

Appellant, the State of Texas, by and through the District Attorney in and for Kleberg County, Texas, has filed a motion for stay of proceedings in the above cause. On April 8, 2014, the trial court granted a motion to suppress evidence. The State has filed a notice of appeal and has requested a stay in the trial court's proceedings pending disposition of its appeal. See Tex. Code Crim. Proc. Ann. § 44.01(a)(5), (e) (West Supp. 2011). The Court, having examined and fully considered the motion for stay of proceedings, is of the opinion that said motion should be granted. The motion for stay is hereby GRANTED, and the trial court's proceedings are hereby ordered STAYED pending disposition of the State's appeal. 
PER CURIAM

Do not publish.
Tex. R. App. P. 47.2(b).

Order delivered and filed this
the 8[th] day of May, 2014.